UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT,<br><br>              Plaintiff,<br><br>       v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 2:19-cv-07878-MCS-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Original Complaint, the First Amended Complaint, and the operative Second Amended Complaint, the United States Magistrate Judge's Orders screening and dismissing the Original and First Amended Complaints with leave to amend ("Screening Orders"), and all of the records herein, including the January 11, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Screening Orders and the Report and Recommendation.

/ / /

1     IT IS HEREBY ORDERED that (1) the Second Amended Complaint is
2 dismissed without leave to amend; (2) this action is dismissed; and (3) Judgment
3 shall be entered accordingly.
4     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
5 the Judgment herein on plaintiff and any counsel for defendants.
6     IT IS SO ORDERED.

8 DATED: February 25, 2021

                                      HONORABLE MARK C. SCARSI
                                      UNITED STATES DISTRICT JUDGE