JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANT, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:19-cv-07878-MCS-JC <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the operative Second Amended Complaint without leave to amend and dismissing this action.

DATED: February 25, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE